UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

AMANDA L. HAIR,

    Plaintiff,

v.                                                      Case No: 5:23-cv-268-JSM-PRL

EXPERIAN INFORMATION
SOLUTIONS, INC and LEXISNEXIS
RISK SOLUTIONS, INC.,

    Defendants.

## ORDER

The motion to appear *pro hac vice* of Robert S. Sola, Esq. (Doc. 29), is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Ocala, Florida on September 15, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties