# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

AMANDA L. HAIR,

    Plaintiff,                               Case No. 5:23-cv-00268-JSM-PRL

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., ET. AL.,

    Defendants.
_____

## NOTICE OF MEDIATOR SELECTION
## AND SCHEDULING OF MEDIATION

Pursuant to the Court's Case Management and Scheduling Order (ECF No. 19) requiring the parties to confer regarding mediations, Lead Counsel notifies the Court of the parties' mediator selection and scheduled mediation conference as follows:

**Mediator:**
Christopher L. Griffin
Griffin Mediation LLC
4006 S. MacDill Avenue
Tampa, FL 33611
(813) 314-7449

**Mediation:**
Date: February 6, 2024
Time: 10:00am
Location: Remotely via Zoom

Dated December 21, 2023

*Respectfully Submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-291-9109
Fax: 844-921-1022

*/s/ Kevin Rajabalee*
Kevin Rajabalee, Esq.
FBN: 119948
Email: kevin@sharminlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically served on all counsel, attorneys of record, and any other parties found on the eservice list on this December 21, 2023.

*/s/ Kevin Rajabalee*
Kevin Rajabalee, Esq.
FBN: 119948