UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**AMANDA L. HAIR**,

    Plaintiff,

CASE NO. 5:23-cv-00268-JSM/PRL

v.

**EXPERIAN INFORMATION SOLUTIONS, INC., and LEXISNEXIS RISK SOLUTIONS, INC.**,

    Defendants.

_____/

## JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES

Plaintiff Amanda L. Hair ("Plaintiff") and Defendants Experian Information Solutions, Inc. ("Experian"), and LexisNexis Risk Solutions, Inc. ("LexisNexis") (collectively, the "Parties"), jointly and through their respective counsel, respectfully moves this Court for a two-month extension of certain pre-trial deadlines. In support of their Motion, the Parties state as follows:

1. On June 26, 2023, this Court entered its Case Management and Scheduling Order. [ECF No. 19]. The Court set this matter for a jury trial during the trial term in January 2025 and a Pre-Trial Conference at 9:00 A.M. on December 11, 2024. *Id.* at 3. The Court also set the following pre-trial deadlines in this matter:

| **Pre-Trial Deadline** | **Original Deadline** |
|---|---|
| Third-Party Joinder Cut-Off | September 1, 2023 |
| Plaintiff Expert Disclosure | November 1, 2023 |
| Defendants Expert Disclosure | December 1, 2023 |
| Mediation Selection/Scheduling due by | December 15, 2023[1] |
| Discovery Deadline | February 2, 2024 |
| Conduct Mediation by | February 16, 2024 |
| Dispositive Motion Deadline | March 4, 2024 |
| *Daubert* Motion Deadline | March 4, 2024 |

2. Despite a diligent effort from the Parties to conduct fact and expert discovery and document exchange in a timely and efficient manner, the Parties require additional time to informally resolve certain discovery disputes that have delayed the Parties ability to conduct discovery, produce certain documents, and take depositions. The additional time sought herein will allow the Parties to complete all document exchange, be able to conduct depositions of Plaintiff and Defendants' corporate representatives, and limit the need to expend limited judicial resources to resolve discovery disputes.

3. Specifically, the Parties are working amicably together to come to agreeable confidentiality agreement that would allow the Parties to exchange certain confidential documents in response to appropriate discovery requests. Additionally, the Parties are attempting to schedule depositions but cannot provide dates within the limited time left to exchange documents and complete discovery.

---

[1] On December 15, 2023, Plaintiff filed an Unopposed Motion for Extension of Time to File Notice of Mediator Selection and Scheduling of Mediation. [ECF No. 31]. On December 18, 2023, the Court entered an Endorsed Order extending the Parties' deadline to December 22, 2023. [ECF No. 32].

2

The Parties have diligently worked in good faith to resolve these conflicts but require additional times to effectively conduct discovery.

4. The Parties respectfully request a two-month extension of the following deadlines:

| Pre-Trial Deadline | Original Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff Expert Disclosure | November 1, 2023 | January 12, 2024 |
| Defendants Expert Disclosure | December 1, 2023 | February 12, 2024 |
| Discovery Deadline | February 2, 2024 | April 5, 2024 |
| Conduct Mediation by | February 16, 2024 | April 19, 2024 |
| Dispositive Motion Deadline | March 4, 2024 | May 10, 2024 |
| *Daubert* Motion Deadline | March 4, 2024 | May 10, 2024 |

5. The Parties do not seek to continue the date of the Pre-Trial Conference or the trial term for which this matter is set for trial.

6. Federal Rule of Civil Procedure 6(b)(1)(A) provides that this Court "may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A). The good-cause standard is satisfied where "the schedule cannot be met despite the diligence of the [parties] seeking the extension." *Destra v. Demings*, 725 Fed. App'x 855, 859 (11th Cir. 2018) (per curiam) (cleaned up) (quoting *Sosa v. Airprint Sys., Inc.*, 144 F.3d 1417, 1418 (11th Cir. 1998) (per curiam)).

7. Good cause warrants the extension requested herein. Despite the Parties diligently working to agree to a confidentiality agreement, exchange discovery requests and documents, and schedule depositions, certain discovery disputes that the Parties are informally resolving has made it impossible to satisfy

the current pre-trial schedule. The Parties make this request over a year before the trial term for which the trial in this action is set, and nearly a year before the Pre-Trial Conference. *See* [ECF No. 19 at 3]. Moreover, this is the Parties' first request to modify the Court's current Case Management and Scheduling Order. By extending certain pre-trial deadlines in this action, the Parties will be able to effectively litigate this case while preserving scarce judicial resources.

8. This extension is sought in good faith and not for the purposes of delay. None of the Parties will be prejudiced by this extension.

9. On December 22, 2023, the Parties participated in a virtual meet-and-confer regarding pending discovery disputes and the possibility of extending the pre-trial deadlines in this action. All Parties to this action consented to the relief requested herein.

WHEREFORE, for the foregoing reasons, Plaintiff Amanda L. Hair and Defendants Experian Information Solutions, Inc., and LexisNexis Risk Solutions, Inc., jointly request a two-month extension of certain pre-trial deadlines identified in this Motion.

### **Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), all parties to this litigation certify that they conferred regarding the relief sought herein and all parties consent to the entry of an order granting this motion.

Dated: December 22, 2023                              Respectfully submitted,

| | |
|---|---|
| */s/ Kevin Rajabalee* | */s/ Jean Phillip Shami* |
| Kevin Rajabalee | Jean Phillip Shami |
| Florida Bar No. 119948 | Florida Bar No. 1010126 |
| Email: kevin@sharminlaw.com | Email: jshami@jonesday.com |
| Eiman Sharmin | JONES DAY |
| Florida Bar No. 716391 | 600 Brickell Avenue, Suite 3300 |
| Email: eiman@sharminlaw.com | Miami, FL 33131 |
| SHARMIN & SHARMIN, P.A. | Tel.: (305) 714-9706 |
| 830 North Federal Highway | Fax: (305) 714-9799 |
| Lake Worth, FL 33460 | |
| Tele.: 561-655-3925 | *Attorney for Defendant* |
| Fax: 844-921-1022 | *Experian Information Solutions, Inc.* |

Robert Sola
*Admitted Pro Hac Vice*
Email: rssola@msn.com
ROBERT S. SOLA, P.C.
1500 SW First Avenue
Suite 800
Portland, OR 97201
Tel: 503-295-6880

*Attorneys for Plaintiff*
*Amanda L. Hair*

*/s/ Eric S. Adams*
Eric S. Adams
Email: eadams@shutts.com
S. Elizabeth King
Email: eking@shutts.com
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607
Tel: 813-229-8900
Fax: 813-229-8901

*Attorneys for Defendant*
*LexisNexis Risk Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 22, 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Jean Phillip Shami*
Jean Phillip Shami

*Attorney for Defendant Experian Information Solutions, Inc.*