# Exhibit 3

| | |
|---|---|
| **From:** | Kevin Rajabalee |
| **To:** | Eiman Sharmin; Eric S. Adams; Shami, Jean Phillip; Ilijana Vukas; Robert Sola |
| **Subject:** | RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT |
| **Date:** | Monday, December 18, 2023 2:46:58 PM |
| **Attachments:** | 40837lg non-disparagment confidentiality clause with disclaimer.pdf |

JP and Eric, please see the attached Ethics Opinion and draw your attention to the green highlights. There are more provisions that are relevant than just the highlighted ones, but there is no way we can agree to limiting the use of information based on the Rules cited. Look this over and get back to me quickly because we need to finalize the agreement.

Kevin Rajabalee, Esq.
Sharmin & Sharmin, P.A.
**Broward County – 6245 North Fed. Hwy, Suite 301**
**Fort Lauderdale, FL 33308**
Palm Beach County - 830 North Federal Highway
Lake Worth, FL 33460
Direct: (561) 296-9109 | Main: (561) 655-3925
Fax: (844) 921-1022
https://www.fightidentityfraud.com/
kevin@sharminlaw.com

---

**From:** Eiman Sharmin <Eiman@SharminLaw.com>
**Sent:** Monday, December 18, 2023 8:58 AM
**To:** Eric S. Adams <EAdams@shutts.com>; Shami, Jean Phillip <jshami@jonesday.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>; Kevin Rajabalee <Kevin@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Dear Ms. Adams and Mr. Shami,

Also, if you have any 11th circuit case law in support of your positions(s) please provide. Namely,

1. That you are entitled to a CO, the court's overall position on CO(s), if they are encouraged or discourage due to public policy considerations.
2. Any Specific circumstances under which a CO Should be granted by the court.
3. Any guidance on limitation of the use of confidential material once produced.
4. Any guidance on destruction protocols etc.,
5. Any guidance on counsel's right to practice etc.,

Thank you,

Eiman Sharmin Esq.,
On Dec 18, 2023, 8:13 AM -0500, Kevin Rajabalee <Kevin@SharminLaw.com>, wrote:

> To be clear, I don't see how you (LexisNexis) can back out of the previous agreement. We are going to bring that before the Court as Eiman stated.
>
> Kevin Rajabalee, Esq.
> Sharmin & Sharmin, P.A.
> **Broward County – 6245 North Fed. Hwy, Suite 301**
> **Fort Lauderdale, FL 33308**
> Palm Beach County - 830 North Federal Highway
> Lake Worth, FL 33460
> Direct: (561) 296-9109 | Main: (561) 655-3925
> Fax: (844) 921-1022
> https://www.fightidentityfraud.com/
> kevin@sharminlaw.com

---

**From:** Kevin Rajabalee
**Sent:** Monday, December 18, 2023 8:04 AM
**To:** Eric S. Adams <EAdams@shutts.com>; Eiman Sharmin <Eiman@SharminLaw.com>; Shami, Jean Phillip

<jshami@jonesday.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

I am going to research some ethics opinions from the Florida bar. I have a suspicion that what you perceive as a benefit to us as lawyers is a restriction on our right to practice law and something we cannot in fact agree to. I will report back when I get something concrete.

Kevin Rajabalee, Esq.
Sharmin & Sharmin, P.A.
**Broward County – 6245 North Fed. Hwy, Suite 301**
**Fort Lauderdale, FL 33308**
Palm Beach County - 830 North Federal Highway
Lake Worth, FL 33460
Direct: (561) 296-9109 | Main: (561) 655-3925
Fax: (844) 921-1022
https://www.fightidentityfraud.com/
kevin@sharminlaw.com

**From:** Eric S. Adams <EAdams@shutts.com>
**Sent:** Sunday, December 17, 2023 7:22 PM
**To:** Eiman Sharmin <Eiman@SharminLaw.com>; Kevin Rajabalee <Kevin@SharminLaw.com>; Shami, Jean Phillip <jshami@jonesday.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Eiman:

Despite LexisNexis Risk Solutions' previous agreement to a simpler confidentiality agreement, upon review of the proposed revisions by Experian's counsel, LexisNexis Risk Solutions prefers that confidentiality agreement.

Mr. Sola's edits to the protective order and his explanation misapprehend the purpose of discovery.

Documents are discoverable in a case for the benefit of the *parties* to that case, not for the benefit of *lawyers* who may represent parties in the case, or for the benefit of other as-yet unidentified persons who might in the future sue a defendant.

There are no "consumers" other than Ms. Hair who could have "rights" to the retention of Confidential materials.

Once Ms. Hair's case is concluded, she has no interest in the retention of discovered confidential materials, except those confidential materials which were filed with the Court.

The lawyer's interest in confidential documents is only that they might form a basis to defend against a claim made against the lawyer by a party to the case.  That's it.

If a future plaintiff wants to seek production of documents, they can do so, and they will have produced to them whatever documents the defendant has maintained consistent with its document retention policy.

The responses on numbers 1, 4 and 5 are unacceptable to LexisNexis Risk Solutions.

I think that we may have exhausted the efficacy of emails to discuss and resolve the issues around the confidentiality agreement.  I think that it would be beneficial to schedule a call amongst counsel to discuss.  If others are in agreement that a conference make sense, I can start the efforts to coordinate a time.

E

**Eric S. Adams**
Partner | Shutts & Bowen LLP
Tel: (813) 227-8122 | Cell: (813) 505-5575
4301 West Boy Scout Blvd., Ste. 300, Tampa, FL 33607
Bio | E-Mail | vCard | www.shutts.com



**From:** Eiman Sharmin <Eiman@SharminLaw.com>
**Sent:** Saturday, December 16, 2023 6:02 PM
**To:** Eric S. Adams <EAdams@shutts.com>; Kevin Rajabalee <Kevin@SharminLaw.com>; Shami, Jean Phillip <jshami@jonesday.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Subject:** Re: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Respectfully Mr. Adams:

You agreed. Secondly, my understanding is that COs are not generally favored in federal court, the agreements are voluntarily entered in to in order to facilitate discovery and ease the administrative burden on the Courts. More meet and confer(s) and zoom calls are just going to delay discovery and we are on a short time line until the end of discovery. We need dates for your witness and we need responsive documents.  While this is ultimately attorney Sola's call since he was leading the issue, my preference is to have a hearing in front of the Court if an agreement can not be expeditiously reached.

Mr. Shami:

The same goes for you sir, with the exception that you were not agreeable form the start.  I need depo dates and I need our documents, and while it is again ultimately up to attorney Sola, my suggestion is that if an agreement can not be expeditiously reached we take this matter before the court.

Thank you
Eiman Sharmin Esq.,
On Dec 15, 2023, 4:30 PM -0500, Robert Sola <rssola@msn.com>, wrote:

> Mr. Adams,
>
> Below is the response I sent yesterday to Mr. Shami regarding the protective order:
>
> In light of your concerns, we are willing to revise the agreement. Addressing each of your points:
>
> 1. We included this language because the purpose of this agreement is to protect Experian's confidential information from use by its **competitors**, not to limit the rights of consumers, including those who bring claims against Experian after this agreement. If Experian has produced these materials in one case brought by a consumer, it should not be allowed to withhold them from another consumer, simply on the basis that they were produced in a prior case.  We are willing to add "subject to any protective order or confidentiality agreement in the other action" to assure the materials are protected.
>
> 2. We will restore a revised version of the omitted paragraph:
>
> All persons receiving any or all documents produced pursuant to this Agreement shall be advised of their confidential nature, and that they may not disclose those documents to any person except as provided herein, and cannot use them except in the preparation for and trial of the above-captioned action between the named parties thereto.
>
> The remainder of the original paragraph repeated the prohibitions in the sentence above.
>
> 3. We will correct the typos.  As a compromise, we will agree to "no later than 14 days after the close of discovery."
>
> 4. See #1.
>
> 5. We will agree to the language "in this action or other action against the designating party."
>
> 6. We must insist on written notice from the designating party.  After a case is

concluded, we all move onto the next case and may not recall the agreement to destroy the confidential materials, thereby inadvertently violating the agreement.

Robert Sola

**Robert S. Sola, P.C.**
1500 SW First Avenue
Suite 800
Portland OR 97201
(503) 295-6880
(503) 243-4546 (fax)
rssola@msn.com

---

**From:** Eric S. Adams <EAdams@shutts.com>
**Sent:** Friday, December 15, 2023 9:32 AM
**To:** 'Kevin Rajabalee' <Kevin@SharminLaw.com>; Shami, Jean Phillip <jshami@jonesday.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

I have discussed this issue at length with LexisNexis Risk Solutions on this issue.

Despite its prior consent to the earlier version, LexisNexis thinks that Experian's proposed revisions are well-taken.

As the drafts currently stand, it is LexisNexis' desire to enter into a confidentiality agreement that reflects Experian's proposed revisions.

Perhaps we can break the log jam if we get on a conference call or Zoom early next week.

E

**Eric S. Adams**
Partner | Shutts & Bowen LLP
Tel: (813) 227-8122 | Cell: (813) 505-5575
4301 West Boy Scout Blvd., Ste. 300, Tampa, FL 33607
Bio | E-Mail | vCard | www.shutts.com



---

**From:** Kevin Rajabalee <Kevin@SharminLaw.com>
**Sent:** Tuesday, December 12, 2023 9:06 AM
**To:** Shami, Jean Phillip <jshami@jonesday.com>; Eric S. Adams <EAdams@shutts.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Eric, since LNRS agreed and so did Plaintiff, we can simply circulate a finalized version of the protective without Experian being named.

JP, I have some thoughts on your refusal to agree to items 1 – 6 you listed in your email. I will have more for you later after I speak with Mr. Sola who has previous Protective Orders agreed to with Experian.


Kevin Rajabalee, Esq.

Sharmin & Sharmin, P.A.

**Broward County – 6245 North Fed. Hwy, Suite 301**

**Fort Lauderdale, FL 33308**

Palm Beach County - 830 North Federal Highway

Lake Worth, FL 33460

Direct: (561) 296-9109 | Main: (561) 655-3925

Fax: (844) 921-1022

https://www.fightidentityfraud.com/

kevin@sharminlaw.com

---

**From:** Shami, Jean Phillip <jshami@jonesday.com>
**Sent:** Monday, December 11, 2023 6:24 PM
**To:** Kevin Rajabalee <Kevin@SharminLaw.com>; Eric S. Adams <EAdams@shutts.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT


Hi everyone,


Experian cannot agree to some of Mr. Sola's proposed revisions. We disagree to the following:


1. In Paragraph 2, Experian does not agree to the addition of "or any other action involving the designating party." The documents produced in this action are only to be used in this action and not to be used in later actions. This is standard practice.


2. Experian does not agree to deleting the paragraph that was between what is now Paragraphs 6 and 7, and which says: "All persons receiving any or all documents produced pursuant to this Agreement shall be advised of their confidential nature. All persons to whom confidential information and/or documents are disclosed are hereby enjoined from disclosing same to any person except as provided herein, and are further enjoined from using same except in the preparation for and trial of the above-captioned action between the named parties thereto. No person receiving or reviewing such confidential documents, information or transcript shall disseminate or disclose them to any person other than those described above in Paragraph 4 and for the purposes specified, and in no event shall such person make any other use of such document or transcript."

3. In the current Paragraph 7, there are two typos, "cuase" and "failute." Additionally, Experian does not agree to the time limitation of 14 days after the materials are originally produced. It is conceivable that a party would discover that a document is confidential well after the 14 days when the document is originally produced and both parties would need safeguards to designate the document confidential. I propose that the language either go back to what Experian originally drafted or that it be changed to "no later than fourteen days after the designating party discovers the material is not properly designated as 'Confidential.'"

4. In Paragraph 9, there is a missing close parenthesis. Additionally, Experian does not agree to the addition of "or in litigation against the designating party" for the same reasons stated in Point 1 above.

5. In Paragraph 10, Experian requests that the language be changed to read: "Nothing in this Agreement shall prevent, or restrict in any way, a party from using at trial *in this action* any information or materials designated 'Confidential' or 'Confidential – Attorneys' Eyes Only.'"

6. Experian does not agree to the proposed revisions in the current Paragraph 11. All documents designated "Confidential" are to be promptly returned or destroyed at the entry of a final judgement.

I'm happy to jump on a call tomorrow to discuss further.

Thanks,

J.P.

Jean Phillip Shami
Associate
**JONES DAY® - One Firm Worldwide®**

600 Brickell Avenue

Suite 3300

Miami, FL 33131

Office +1.305.714.9706

---

**From:** Shami, Jean Phillip
**Sent:** Monday, December 11, 2023 4:30 PM
**To:** Kevin Rajabalee <Kevin@SharminLaw.com>; Eric S. Adams <EAdams@shutts.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Hi everyone,

I have not heard back from the client regarding Mr. Sola's revisions. I'll ping them again to see what their status is.

I appreciate the recent urgency with this but ask for a little patience so I can get in contact with the client.

Thanks,

J.P.

Jean Phillip Shami
Associate
**JONES DAY® - One Firm Worldwide®**

600 Brickell Avenue

Suite 3300

Miami, FL 33131

Office +1.305.714.9706

---

**From:** Kevin Rajabalee <Kevin@SharminLaw.com>
**Sent:** Monday, December 11, 2023 4:23 PM
**To:** Shami, Jean Phillip <jshami@jonesday.com>; Eric S. Adams <EAdams@shutts.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

J.P., we have the end of the discovery period February 2, 2023, so we need to have this agreed to by the end of the day. We will have to move for relief otherwise by Wednesday.

Kevin Rajabalee, Esq.

Sharmin & Sharmin, P.A.

**Broward County – 6245 North Fed. Hwy, Suite 301**

**Fort Lauderdale, FL 33308**

Palm Beach County - 830 North Federal Highway

Lake Worth, FL 33460

Direct: (561) 296-9109 | Main: (561) 655-3925

Fax: (844) 921-1022

https://www.fightidentityfraud.com/

kevin@sharminlaw.com

---

**From:** Shami, Jean Phillip <jshami@jonesday.com>
**Sent:** Monday, December 11, 2023 12:36 AM
**To:** Eric S. Adams <EAdams@shutts.com>; Kevin Rajabalee <Kevin@SharminLaw.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Hi everyone,

I should have an answer to you all by the end of the day on Monday.

Thanks,

J.P.

Jean Phillip Shami
Associate
**JONES DAY® - One Firm Worldwide®**

600 Brickell Avenue

Suite 3300

Miami, FL 33131

Office +1.305.714.9706

---

**From:** Eric S. Adams <EAdams@shutts.com>
**Sent:** Friday, December 8, 2023 2:30 PM
**To:** Shami, Jean Phillip <jshami@jonesday.com>; Kevin Rajabalee <Kevin@SharminLaw.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

The proposed revisions are acceptable to LexisNexis and it is prepared to produce responsive documents upon execution of same.

E

**Eric S. Adams**
Partner | Shutts & Bowen LLP
Tel: (813) 227-8122 | Cell: (813) 505-5575
4301 West Boy Scout Blvd., Ste. 300, Tampa, FL 33607
Bio | E-Mail | vCard | www.shutts.com



---

**From:** Shami, Jean Phillip <jshami@jonesday.com>
**Sent:** Friday, December 8, 2023 12:14 PM
**To:** Kevin Rajabalee <Kevin@SharminLaw.com>; Ilijana Vukas <Ilijana@SharminLaw.com>; Eric S. Adams <EAdams@shutts.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

I will take a look at the proposed revisions and provide comment today.

Thanks,

J.P.

Jean Phillip Shami
Associate
**JONES DAY® - One Firm Worldwide®**

600 Brickell Avenue

Suite 3300

Miami, FL 33131

Office +1.305.714.9706

---

**From:** Kevin Rajabalee <Kevin@SharminLaw.com>
**Sent:** Monday, December 4, 2023 7:03 AM
**To:** Ilijana Vukas <Ilijana@SharminLaw.com>; Shami, Jean Phillip <jshami@jonesday.com>; Eric S. Adams <EAdams@shutts.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Good morning, we need an answer this week on the Confidentiality Order revisions because Discovery closes February 2. If we don't hear from the Defendants by Wednesday we will proceed with filing a motion to compel better responses to discovery that would otherwise cover the protective order designations.

Kevin Rajabalee, Esq.

Sharmin & Sharmin, P.A.

**Broward County – 6245 North Fed. Hwy, Suite 301**

**Fort Lauderdale, FL 33308**

Palm Beach County - 830 North Federal Highway

Lake Worth, FL 33460

Direct: (561) 296-9109 | Main: (561) 655-3925

Fax: (844) 921-1022

https://www.fightidentityfraud.com/

kevin@sharminlaw.com

---

**From:** Ilijana Vukas <Ilijana@SharminLaw.com>
**Sent:** Tuesday, November 7, 2023 11:36 AM
**To:** Kevin Rajabalee <Kevin@SharminLaw.com>; Shami, Jean Phillip <jshami@jonesday.com>; Eric S. Adams <EAdams@shutts.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>
**Subject:** Re: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT


Dear Counsel,


Attached please find the redline of the proposed protective order with Mr. Sola's edits. Please let us know if there are any further edits or if you'd like to schedule a time to discuss.


Thank you,

Ilijana

---

**From:** Kevin Rajabalee <Kevin@SharminLaw.com>
**Sent:** Monday, October 30, 2023 3:20 PM
**To:** Shami, Jean Phillip <jshami@jonesday.com>; Eric S. Adams <EAdams@shutts.com>; Robert Sola <rssola@msn.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>; Ilijana Vukas <Ilijana@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT


JP and Eric, I forgot to include Robert Sola who was admitted pro hac in this case. He is on this chain now. Allow me to review the latest versions with him and then we can get back to you. You can expect to hear from us before the end of the week.


Kevin Rajabalee, Esq.

Sharmin & Sharmin, P.A.

**Broward County – 6245 North Fed. Hwy, Suite 301**

**Fort Lauderdale, FL 33308**

Palm Beach County - 830 North Federal Highway

Lake Worth, FL 33460

Direct: (561) 296-9109 | Main: (561) 655-3925

Fax: (844) 921-1022

https://www.fightidentityfraud.com/

kevin@sharminlaw.com

---

**From:** Shami, Jean Phillip <jshami@jonesday.com>
**Sent:** Monday, October 30, 2023 2:24 PM
**To:** Kevin Rajabalee <Kevin@SharminLaw.com>; Eric S. Adams <EAdams@shutts.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>; Ilijana Vukas <Ilijana@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Hi everyone,

Attached please find proposed revisions to the Joint Confidentiality Agreement. A redline and clean version are attached for comparison.

Thanks,

J.P.

Jean Phillip Shami
Associate
**JONES DAY® - One Firm Worldwide®**

600 Brickell Avenue

Suite 3300

Miami, FL 33131

Office +1.305.714.9706

---

**From:** Shami, Jean Phillip
**Sent:** Monday, October 30, 2023 11:51 AM
**To:** 'Kevin Rajabalee' <Kevin@SharminLaw.com>; Eric S. Adams <EAdams@shutts.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>; Ilijana Vukas <Ilijana@SharminLaw.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Hi Kevin,

It's currently being reviewed by the client. I should have a revised version to you by today.

Thanks,

J.P.

Jean Phillip Shami
Associate
**JONES DAY® - One Firm Worldwide®**

600 Brickell Avenue

Suite 3300

Miami, FL 33131

Office +1.305.714.9706

---

**From:** Kevin Rajabalee <Kevin@SharminLaw.com>
**Sent:** Monday, October 30, 2023 7:53 AM
**To:** Shami, Jean Phillip <jshami@jonesday.com>; Eric S. Adams <EAdams@shutts.com>
**Cc:** Eiman Sharmin <Eiman@SharminLaw.com>; Ilijana Vukas <Ilijana@SharminLaw.com>
**Subject:** Re: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

JP, can you please get to this today?

Kevin Rajabalee, Esq.

Sharmin & Sharmin, P.A.

**Broward County – 6245 North Fed. Hwy, Suite 301**

**Fort Lauderdale, FL 33308**

Palm Beach County - 830 North Federal Highway

Lake Worth, FL 33460

Direct: (561) 296-9109 | Main: (561) 655-3925

Fax: (844) 921-1022

https://www.fightidentityfraud.com/

kevin@sharminlaw.com

---

**From:** Shami, Jean Phillip <jshami@jonesday.com>
**Sent:** Thursday, October 26, 2023 9:55 AM
**To:** Eric S. Adams <EAdams@shutts.com>; Kevin Rajabalee <Kevin@SharminLaw.com>

**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Hi everyone,

Apologies for the delay responding. I'm in a deposition today but will turn to this after.

Thanks,

J.P.

Jean Phillip Shami
Associate
**JONES DAY® - One Firm Worldwide®**

600 Brickell Avenue

Suite 3300

Miami, FL 33131

Office +1.305.714.9706

---

**From:** Eric S. Adams <EAdams@shutts.com>
**Sent:** Thursday, October 26, 2023 9:30 AM
**To:** 'Kevin Rajabalee' <kevin@sharminlaw.com>; Shami, Jean Phillip <jshami@jonesday.com>
**Cc:** Eric S. Adams <EAdams@shutts.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Good morning, Kevin and JP.

JP, have you had a chance to review the previously-circulated confidentiality agreement?

If it is acceptable to your client JP, we can make revisions to the confidentiality agreement to reflect its applicability to Experian.

Also happy to consider proposed edits.

Thanks.

E

**Eric S. Adams**
Partner | Shutts & Bowen LLP
Tel: (813) 227-8122 | Cell: (813) 505-5575
4301 West Boy Scout Blvd., Ste. 300, Tampa, FL 33607
Bio | E-Mail | vCard | www.shutts.com



---

**From:** Kevin Rajabalee <kevin@sharminlaw.com>
**Sent:** Tuesday, October 17, 2023 6:16 PM
**To:** Eric S. Adams <EAdams@shutts.com>; Shami, Jean Phillip <jshami@jonesday.com>
**Subject:** Fwd: FW: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT


Eric, JP subbed in on this case. Fabiola withdrew.

Kevin Rajabalee, Esq.
Sharmin & Sharmin, P.A.
Broward County - 6245 N. Fed. Hwy, Ste 301
Fort Lauderdale, FL 33308
Palm Beach County - 830 N. Fed. Hwy
Lake Worth, FL 33460
Kevin@sharminlaw.com
Direct: 561-296-9109
Main: 561-655-3925
Fax: 844-921-1022


**please excuse any typos being sent in this email composed from a mobile device**




---------- Forwarded message ---------
From: **Eric S. Adams** <EAdams@shutts.com>
Date: Tue, Oct 17, 2023 at 5:59 PM
Subject: FW: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT
To: fdelgado@jonesday.com <fdelgado@jonesday.com>
CC: kevin@sharminlaw.com <kevin@sharminlaw.com>, Lia H. DeLeary <LDeLeary@shutts.com>


Fabiola:


My name is Eric Adams.  We represent LexisNexis Risk Solutions in the following matter:


UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION


AMANDA L. HAIR,                                                CASE NO.  5:23-cv-00268-JSM-PRL


Plaintiff,

vs.

**EXPERIAN INFORMATION**

**SOLUTIONS, INC., et al.,**

             **Defendants.**

_____/


Kevin Rajabalee and I exchanged a draft confidentiality agreement in early September.  A copy of that is attached.


It has not been executed yet.


Could you review and advise if it would be acceptable to Experian to join in this agreement?


If it is acceptable, would you like to make the revisions to include Experian, or we could make those revisions for your review.  Just let me know your preference.


Happy to discuss, if you have any questions or concerns.


Thanks.


E


**Eric S. Adams**
Partner | Shutts & Bowen LLP
Tel: (813) 227-8122 | Cell: (813) 505-5575
4301 West Boy Scout Blvd., Ste. 300, Tampa, FL 33607
Bio | E-Mail | vCard | www.shutts.com



**From:** Kevin Rajabalee <kevin@sharminlaw.com>
**Sent:** Tuesday, October 17, 2023 5:54 PM
**To:** Eric S. Adams <EAdams@shutts.com>
**Cc:** Lia H. DeLeary <LDeLeary@shutts.com>
**Subject:** Re: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT


Thanks for getting back to me. Yes, please circulate to Experian so we can have something agreed to between all parties.


Kevin Rajabalee, Esq.
Sharmin & Sharmin, P.A.
Broward County - 6245 N. Fed. Hwy, Ste 301

Fort Lauderdale, FL 33308

Palm Beach County - 830 N. Fed. Hwy

Lake Worth, FL 33460

Kevin@sharminlaw.com

Direct: 561-296-9109

Main: 561-655-3925

Fax: 844-921-1022

**please excuse any typos being sent in this email composed from a mobile device**

On Tue, Oct 17, 2023 at 5:50 PM Eric S. Adams <EAdams@shutts.com> wrote:

> Yes.
>
> This is the draft that we circulated on September 1, 2023.
>
> Would you like for us to make revisions to include Experian's counsel?
>
> Or, will your office be doing so?
>
> Happy either way; just wanted to coordinate.
>
> Thanks.
>
> E
>
> **Eric S. Adams**
> Partner | Shutts & Bowen LLP
> Tel: (813) 227-8122 | Cell: (813) 505-5575
> 4301 West Boy Scout Blvd., Ste. 300, Tampa, FL 33607
> Bio | E-Mail | vCard | www.shutts.com
>
> [?]
>
> _____
>
> **From:** Eric S. Adams
> **Sent:** Tuesday, October 17, 2023 5:49 PM
> **To:** 'kevin@sharminlaw.com' <kevin@sharminlaw.com>
> **Cc:** Lia H. DeLeary <LDeLeary@shutts.com>
> **Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT
>
> Thanks for your email, Kevin.
>
> I think that this is, but let me look back over my emails to double check.

I don't think that we ever executed this, did we?

I don't have an issue with adding Experian, assuming they are OK with its form.

Let me look back over our correspondence, and I will get back with you, shortly.

E

**Eric S. Adams**
Partner | Shutts & Bowen LLP
Tel: (813) 227-8122 | Cell: (813) 505-5575
4301 West Boy Scout Blvd., Ste. 300, Tampa, FL 33607
Bio | E-Mail | vCard | www.shutts.com



---

**From:** kevin@sharminlaw.com <kevin@sharminlaw.com>
**Sent:** Tuesday, October 17, 2023 3:00 PM
**To:** Eric S. Adams <EAdams@shutts.com>
**Cc:** Lia H. DeLeary <LDeLeary@shutts.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Eric, is the finalized protective order that we agreed to? I think it is. If so, can we add Experian to it?

Kevin Rajabalee, Esq.

Sharmin & Sharmin, P.A.

**Broward County – 6245 North Fed. Hwy, Suite 301**

**Fort Lauderdale, FL 33308**

Palm Beach County - 830 North Federal Highway

Lake Worth, FL 33460

Direct: (561) 296-9109 | Main: (561) 655-3925

Fax: (844) 921-1022

https://www.fightidentityfraud.com/

kevin@sharminlaw.com

---

**From:** Kevin Rajabalee <kevin@sharminlaw.com>
**Sent:** Friday, September 8, 2023 4:17 PM
**To:** Eric S. Adams <EAdams@shutts.com>
**Cc:** Lia H. DeLeary <LDeLeary@shutts.com>

**Subject:** Re: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

That's right, I forgot we were in the middle district. I think we're good to go then.

On Fri, Sep 8, 2023 at 4:09 PM Eric S. Adams <EAdams@shutts.com> wrote:

> It is my experience that the Middle District does not do protective orders out of the gate.
>
> They have a standing administrative order that encourages the parties to enter into an agreement and not seek the entry of the order.
>
> A link to the administrative order (and the confidentiality agreement which we circulated) is below:
>
> https://www.flmd.uscourts.gov/sites/flmd/files/documents/mdfl-standing-order-regarding-confidential-information-18-mc-21-GJK.pdf
>
> And the relevant excerpt from page 2 of the order is pasted below:
>
>        <image001.png>
>
> And, if necessary, the parties can seek Court input as to the agreement and its enforcement, if needed.
>
> My understanding of the standing order is that we only need to execute the agreement, and we can apply to the Court if we need its help in enforcing its terms.
>
> Happy to discuss in more detail, if you would like, or if you have a different experience along these lines.
>
> E
>
>
> **Eric S. Adams**
> Partner **|** Shutts & Bowen LLP
> Tel: (813) 227-8122 **|** Cell: (813) 505-5575
> 4301 West Boy Scout Blvd., Ste. 300, Tampa, FL 33607
> Bio **|** E-Mail **|** vCard **|** www.shutts.com
>
> 
>
> ─────────────────────────────────────
>
> **From:** kevin@sharminlaw.com <kevin@sharminlaw.com>
> **Sent:** Friday, September 8, 2023 11:40 AM
> **To:** Eric S. Adams <EAdams@shutts.com>

**Cc:** Lia H. DeLeary <LDeLeary@shutts.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Eric, we approve of the entry of the Protective Order. Can you submit for filing along with a proposed order?

Kevin Rajabalee, Esq.

Sharmin & Sharmin, P.A.

**Broward County – 6245 North Fed. Hwy, Suite 301**

**Fort Lauderdale, FL 33308**

Palm Beach County - 830 North Federal Highway

Lake Worth, FL 33460

Direct: (561) 296-9109 | Main: (561) 655-3925

Fax: (844) 921-1022

https://www.fightidentityfraud.com/

kevin@sharminlaw.com

---

**From:** kevin@sharminlaw.com <kevin@sharminlaw.com>
**Sent:** Thursday, September 7, 2023 11:11 AM
**To:** 'Eric S. Adams' <EAdams@shutts.com>
**Cc:** 'Lia H. DeLeary' <LDeLeary@shutts.com>
**Subject:** RE: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

On second thought, give me one extra day. I am going to calendar this so I make sure to address it by week's end.

Kevin Rajabalee, Esq.

Sharmin & Sharmin, P.A.

**Broward County – 6245 North Fed. Hwy, Suite 301**

**Fort Lauderdale, FL 33308**

Palm Beach County - 830 North Federal Highway

Lake Worth, FL 33460

Direct: (561) 296-9109 | Main: (561) 655-3925

Fax: (844) 921-1022

https://www.fightidentityfraud.com/

kevin@sharminlaw.com

---

**From:** Kevin Rajabalee <kevin@sharminlaw.com>
**Sent:** Wednesday, September 6, 2023 9:10 AM
**To:** Eric S. Adams <EAdams@shutts.com>
**Cc:** Lia H. DeLeary <LDeLeary@shutts.com>
**Subject:** Re: LEXISNEXIS / HAIR: DRAFT CONFIDENTIALITY AGREEMENT

Eric, I will get to this today.

Kevin Rajabalee, Esq.
Sharmin & Sharmin, P.A.
Broward County - 6245 N. Fed. Hwy, Ste 301
Fort Lauderdale, FL 33308
Palm Beach County - 830 N. Fed. Hwy
Lake Worth, FL 33460
Kevin@sharminlaw.com
Direct: 561-296-9109
Main: 561-655-3925
Fax: 844-921-1022

**please excuse any typos being sent in this email composed from a mobile device**

On Fri, Sep 1, 2023 at 4:21 PM Eric S. Adams <EAdams@shutts.com> wrote:

> Afternoon, Kevin:
>
> LexisNexis Risk Solutions served its discovery responses just a few minutes ago.
>
> Attached is a proposed, draft confidentiality agreement related to this production and other discovery in this case.
>
> Can you review and advise if it's acceptable to you and your client?  It is largely based upon the exemplar confidentiality agreement attached to the courts administrative order.
>
>  If it is acceptable, we can get this executed.
>
> LexisNexis Risk Solutions will be prepared to transmit the response of documents within a business day of getting a fully executed confidentiality agreement.

> Let me know if you have any revisions or changes, and happy to discuss on the phone if you would like.
>
>
> E
>
>
> Sent from my iPhone; please forgive any typographical errors.

--

Kevin Rajabalee, Esq.
Sharmin & Sharmin, P.A.
Broward County - 6245 N. Fed. Hwy, Ste 301
Fort Lauderdale, FL 33308
Palm Beach County - 830 N. Fed. Hwy
Lake Worth, FL 33460
Kevin@sharminlaw.com
Direct: 561-296-9109
Main: 561-655-3925
Fax: 844-921-1022

**please excuse any typos being sent in this email composed from a mobile device**

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***